# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Edmond E. Chang | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5373 | **DATE** | 2/14/2011 |
| **CASE TITLE** | Travelers Companies, Inc. v. Will County Freight | | |

**DOCKET ENTRY TEXT**

Status report to be filed by February 18, 2011. Please refer to the accompanying minute order when preparing the joint initial status report.

■[ For further details see text below.]    Docketing to mail notices.

## STATEMENT

### INITIAL STATUS REPORT

This case has been re-assigned to the calendar of Judge Edmond E. Chang. To help the Court learn about the case, it is hereby ordered:

Counsel are to confer, prepare, and file a joint status report, not to exceed five pages. If the defendant's counsel has not yet filed an appearance, the status report should be prepared by the plaintiff's counsel. The report shall provide the following information in the following format:

1. **Nature of the Case**

    A. Identify the attorneys of record for each party.
    B. State the basis for federal jurisdiction.
    C. Generally describe the nature of the claims asserted in the complaint and any counterclaims.
    D. Describe the relief sought by the plaintiff(s).
    E. List the names of any parties who have not been served.

2. **Pending Motions and Case Plan**

    A. A brief description of all pending motions, including the date the motion was filed and the briefing schedule.
    B. A brief description of any discovery that has been taken, any discovery that remains to be taken, and any discovery schedules that have been set.

## STATEMENT

    C.    A brief description of all substantive rulings that have been issued in the case.
    D.    All anticipated motions.
    E.    With respect to trial, indicate the following:
        1.    Whether a jury trial is requested.
        2.    The probable length of trial.
        3.    When the parties anticipate the case will be ready for trial.

3.    **Referrals and Settlement**

    A.    Whether the case has been referred to the Magistrate Judge for discovery supervision and/or a settlement conference.
    B.    Indicate whether any settlement discussions have occurred and the status of settlement discussions.
    C.    Whether the parties request a settlement conference.
    D.    Whether the parties consent unanimously to proceed before a Magistrate Judge.